AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*    DISTRICT OF   NEVADA

ROBERT FISHER,

      Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

           CASE NUMBER:  3:15-cv-00439-LRH-WGC

STATE OF NEVADA DEPARTMENT
OF AGRICULTURE, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (ECF No. 19) is GRANTED. Judgment is entered in favor of Defendant State of Nevada, *et rel* its Department of Agriculture, and against Plaintiff Robert Fisher.

July 22, 2016   **LANCE S. WILSON**
           Clerk

           /s/ K. Rusin
           Deputy Clerk